FRANCIS V. ZIEBA, Respondent, v. PEPSI-COLA COMPANY, Appellant.— Action to recover damages for personal injuries caused by the explosion of a bottle of Pepsi-Cola.   Judgment in favor of plaintiff reversed on the facts and a new trial granted, with costs to abide the event, on the ground that the determination as to defendant's negligence is against the weight of the evidence.   Lazansky, P. J.,

Hagarty, Carswell and Close, JJ., concur; Johnston, J., concurs in the reversal of the judgment but dissents as to granting a new trial and votes to dismiss the complaint on the ground that there was no proof of negligence on the part of the defendant.